

# NUMBER 13-18-00242-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LAWRENCE BENNY BROWN JR.,                                    Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

On appeal from the 24th District Court
of Victoria County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Order Per Curiam**

Appellant, Lawrence Benny Brown Jr., appearing pro se, appeals the trial court's denial of his motion for DNA testing pursuant to Chapter 64 of the Texas Code of Criminal Procedure. Appellant's brief was originally due on June 29, 2018. On July 20, 2018, this Court granted appellant's motion for extension of time and directed appellant to file

the brief on or before August 20, 2018. On September 6, 2018, the Clerk of the Court notified appellant that the brief had not been filed and requested a response concerning the failure to file the brief within ten days. Appellant has not responded to the notice.

Accordingly, we now ABATE this appeal and REMAND the cause to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and whether appellant is indigent. *See* TEX. R. APP. P. 38.8(b)(2), (3).

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this the
6th day of November, 2018.

2